UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br>    Barbara L. Scurry | Case No.: <u>04-21005-GMB</u><br><br>Hearing Date: <u>03/14/2005</u><br><br>Judge: <u>Gloria M. Burns</u> |
|---|---|

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

(Page 2)

Debtor:  Barbara L. Scurry

Case No:  04-21005-GMB

Caption of Order:  ORDER VACATING STAY

---

Upon the motion of <u>United States Department of Agriculture</u> under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■   Real property more fully described as:
    **Land and premises commonly known as Lot , Block ,
    8 Rogers Drive, Bridgeton NJ 08302**

☐   Personal property more fully described as:


It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

## CERTIFICATE OF MAILING

I hereby certify that on _____, 20____, a copy of the foregoing Order was served on each of the following:  Movant.

JAMES J. WALDRON, Clerk